| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | JOHN P. DEVINE |
| | Supervising Deputy Attorney General |
| 3 | PAUL T. HAMMERNESS |
| | Deputy Attorney General |
| 4 | State Bar No. 90294 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
| |   Telephone:  (415) 703-5520 |
| 6 |   Fax:  (415) 703-5480 |
| |   E-mail:  Paul.Hammerness@doj.ca.gov |
| 7 | *Attorneys for Defendants State of California,* |
| | *California Highway Patrol, CHP Commissioner J.A.* |
| 8 | *Farrow and CHP Officer J.J. Maya* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN CASTELLANOS, | Case No. CGC 14-543283 |
| Plaintiff, | NOTICE OF REMOVAL OF CIVIL ACTION; UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION) |
| v. | (San Francisco Superior Court Case No: CGC 14-543283) |
| STATE OF CALIFORNIA, | |
| Defendant. | |

TO THE CLERK OF THE U.S. DISTRICT COURT AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendants State of California, California Highway Patrol, California Highway Patrol Commissioner J.A. Farrow, and CHP Officer J.J. Maya hereby remove this action to the United States District Court for the Northern District of California.

**STATEMENT OF GROUNDS FOR REMOVAL**

On December 18, 2014 the above-entitled action was commenced in the Superior Court of the State of California in and for the County of San Francisco, entitled EDIN CASTELLANOS, Plaintiff v. STATE OF CALIFORNIA, et al., Defendants, San Francisco Superior Court Case No. CGC 14-543283, a true and correct copy of which is attached hereto as Exhibit "A".  The answer

1

Notice of Removal of Civil Action; Under 28 U.S.C. § 1441(A) (Federal Question)
(San Francisco Superior Court Case No: CGC 14-543283)

filed by Defendants is attached as Exhibit "B."

Defendants received a copy of the Complaint on or about December 26, 2014.

In the Complaint for Violation of Civil Rights and Other Wrongs, Plaintiff alleges pursuant to 42 U.S.C. § 1983 that "Defendants" violated his federal constitutional rights, including his First, Fourth, and Fourteenth Amendment rights.

This Court has original jurisdiction of the action pursuant to the provisions of 28 U.S.C. section 1331, and the action may therefore be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441(b).

Copies of all process, pleadings and orders served on Defendants in the above-entitled action are attached hereto.  This Notice of Removal is filed with this Court within thirty (30) days of Defendants being served with the Complaint.

Dated:  January 20, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

*/s/ PAUL T. HAMMERNESS*
PAUL T. HAMMERNESS
Deputy Attorney General
*Attorneys for Defendants Defendants State of California,California Highway Patrol, CHP Commissioner J.A. Farrow and CHP Officer J.J. Maya*

SF2015400035
41180451.doc

2

Notice of Removal of Civil Action; Under 28 U.S.C. § 1441(A) (Federal Question)
(San Francisco Superior Court Case No: CGC 14-543283)