IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDIN S. CASTELLANOS,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

    Defendant.

No. C 15-00272 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received the parties' joint case management conference statement. With respect to the discovery disputes outlined on pages 12:23-13:14, the Court does not resolve such issues in the context of a case management conference. If the parties cannot resolve these disputes, they shall submit a joint letter brief in accordance with the Court's Standing Order regarding discovery disputes. (*See* Civil Standing Orders ¶ 8.)

Although the parties have stated that they "defer to the court's recommendation and availability for completion of discovery and trial deadlines," the Court requires the parties' input. Accordingly, the Court CONTINUES the case management conference set for April 24, 2015, to May 22, 2015 at 11:00 a.m.

The parties shall meet and confer and shall submit a supplemental case management conference statement by May 15, 2015, which includes proposed deadlines for discovery (fact and expert) cut-off, expert disclosures (including rebuttal), the deadline to hear dispositive motions, pretrial and trial. The Court HEREBY REFERS the parties to its Guidelines for Civil Jury Trials, which will provide the parties with information regarding the deadlines and

filing requirements associated with the pretrial conference, including deadlines by which motions in limine are to be exchanged and subsequently filed.

If the parties are not able to agree to a schedule, they shall submit their competing proposals with a brief explanation as to why that schedule should be adopted.

Finally, the Court refers the parties to the Northern District's Guidelines for Professional Conduct, which can be found on the Court's website. The parties shall certify that they have reviewed these guidelines, when they submit the supplemental case management statement required by this Order. (*See* N.D. Joint Case Management Statement, ¶ 20.)

**IT IS SO ORDERED.**

Dated: April 17, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE