UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>    Plaintiff,<br><br>  v.<br><br>JEREMY J. MAYA,<br><br>    Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 42 |

Pursuant to Civil Local Rule 7-1(b), the court finds that Defendant's motion for summary judgment, which has been noticed for hearing on March 4, 2016, is appropriate for decision without oral argument.

Accordingly, the Court VACATES the hearing date. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: February 29, 2016

JEFFREY S. WHITE
United States District Judge