LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panos@panoslagoslaw.com

LAW OFFICES OF BENNETT M. COHEN
Bennett M. Cohen. Esq. / SBN 98065
1438 Market Street
San Francisco. CA 94102
(415) 864-3246
(415) 373-9365/FAX
bennettmcohen@gmail.com

Attorneys for Plaintiff,
EDIN S. CASTELLANOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, a public entity,<br>CALIFORNIA HIGHWAY PATROL,<br>a public entity, JOSEPH A. FARROW,<br>in his capacity as COMMISSIONER OF THE<br>CALIFORNIA HIGHWAY PATROL,<br>JEREMY J. MAYA (ID #019799), individually and<br>in his capacity as a Peace Officer for the<br>California Highway Patrol, and DOES 1 – 200,<br>jointly and severally,<br><br>                    Defendants. | Case No.: 4:15-CV-00272-JSW<br><br>**AMENDED NOTICE RE:**<br>**SETTLEMENT CONFERENCE**<br>**REFERRAL AND** ~~**PROPOSED**~~<br>**ORDER** OF REFERRAL |

The parties, by and through their respective counsel, have met and conferred and notify this Court that all parties consent to this Court's referral of this matter to a Magistrate Judge for a Settlement Conference.

///

///

///

AMENDED NOTICE RE: SETTLEMENT CONFERENCE REFERRAL
AND ~~PROPOSED~~ ORDER                                                                                             - 1 –
*Castellanos v. State of California, et al.*
USDC (N.D. Cal.) Case No.: 4:15-cv-00272-JSW

| | |
|---|---|
| Dated:  March 28, 2016 | LAW OFFICES OF PANOS LAGOS |
| | |
| | */s/PANOS LAGOS* |
| | Panos Lagos, Esq. |
| | Attorneys for Plaintiff, |
| | EDIN S. CASTELLANOS |
| | |
| Dated: March 28, 2016 | KAMALA D. HARRIS |
| | Attorney General of California |
| | JOHN P. DEVINE |
| | Supervising Deputy Attorney General |
| | |
| | */s/ Amy W. Lo* |
| | AMY W. LO |
| | Deputy Attorney General |
| | *Attorneys for Defendants, State of California by and through the California Highway Patrol and CHP Officer J. Maya* |

**~~PROPOSED~~ ORDER**

The parties having filed their notice advising the Court that they consent to a referral to a Magistrate Judge for a settlement conference,

**IT IS ORDERED** that the matter is referred to ~~Magistrate Judge~~ a randomly assigned Magistrate Judge for a settlement conference to be held not later than   June 10, 2016 ** .

Dated: March 28, 2016

HON. JEFFREY S. WHITE,
United States District Judge

** The parties are scheduled to appear for a pretrial conference on June 20, 2016.

cc:  Magistrate Referral Clerk