1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 EDIN S. CASTELLANOS,   Case No. 15-cv-00272-JSW
8     Plaintiff,
9 v.   **ORDER GRANTING CORRECTED REQUEST FOR CLARIFICATION**
10 JEREMY J. MAYA,   Re: Dkt. No. 55
11     Defendant.
12
13     The Court GRANTS Plaintiff's request for clarification of the Court's Guidelines for Trial
14 and Final Pretrial Conference in Civil Jury Cases, and provides the following clarification. The
15 term "opening brief," as used at page 4, paragraph 2(i), line 26, refers to the opening brief in
16 support of any motion *in limine*.
17     **IT IS SO ORDERED.**
18 Dated: May 19, 2016

JEFFREY S. WHITE
United States District Judge