UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY J. MAYA,<br><br>    Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER DENYING ADMINISTRATIVE MOTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 57 |

Plaintiff has filed an administrative motion to take a deposition out of time. The substance of the motion is not a proper subject of an administrative motion. Accordingly, the Court DENIES the motion without prejudice. The parties shall meet and confer, as that term is defined by the Northern District Civil Local Rules, and if they cannot reach agreement, shall submit a joint letter brief to the Court outlining their dispute.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
JEFFREY S. WHITE
United States District Judge