UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>      Plaintiff,<br><br>   v.<br><br>JEREMY J. MAYA,<br><br>      Defendant. | Case No.  15-cv-00272-JSW<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE *JOINT* STATEMENTS OF THE CASE** |

The Court has considered the parties' competing statements of the case and their stipulations of fact. Although the Court could simply take the parties' competing statements and compose its own, it will give the parties a further opportunity to submit a joint statement to the Court. Accordingly, it is HEREBY ORDERED that the parties shall meet and confer, as that term is defined in Northern District Civil Local Rule 1-5(n), to prepare a joint statement of the case that may be read to the potential jurors during voir dire. In addition, the parties shall also meet and confer and file a joint statement of the agreed upon facts that may be read to the jury during trial. With respect to this latter statement, the parties should meet and confer to determine if there are facts beyond those to which they have already stipulated that are not reasonably in dispute.

In order to provide the parties with the benefit of the Court's ruling on motions in limine, and other evidentiary disputes, the parties shall file these joint statements by no later than July 6, 2016.

**IT IS SO ORDERED.**

Dated: June 10, 2016

_____
JEFFREY S. WHITE
United States District Judge