UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>  Plaintiff,<br><br>  v.<br><br>JEREMY J. MAYA,<br><br>  Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER RE ISSUES THAT PARTIES HAVE STATED ARE FOR COURT TO DECIDE AND PLAINTIFF'S TRIAL BRIEF RE EVIDENCE AT CHP OFFICE**<br><br>Re: Dkt. No. 74 |

In their Joint Pretrial Conference Order, the parties have identified three issues that are for the Court to decide. The Court finds that the second issue is adequately addressed by the parties memoranda of law in support of their disputed jury instructions. The Court has reviewed the parties' trial briefs and finds that those briefs do not adequately address issues one and three in a manner to permit the Court to resolve these issues in advance of the trial date. Accordingly, the Court HEREBY ORDERS the parties to submit further briefing, not to exceed five pages, clarifying their positions on issues one and three by June 17, 2016. The parties may file a response to the opposing party's clarifying brief by no later than June 21, 2016.

In Plaintiff's trial brief, he states that he will seek to admit evidence of events that occurred at the CHP office pursuant to Federal Rule of Evidence 404(b). It appears that this request would have been better addressed by way of a motion in limine to admit evidence, rather than by trial brief.

In the interests of justice, the Court will provide the parties a further opportunity to brief that issue.

//

//

By June 17, 2016, Plaintiff shall file a three page brief that states what evidence he seeks to admit and further argument as to why such evidence is admissible and to what claims. Defendant may file a response by June 21, 2016.

**IT IS SO ORDERED.**

Dated: June 13, 2016

_____
JEFFREY S. WHITE
United States District Judge