# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS, <br>     Plaintiff, <br>   v. <br> JEREMY J. MAYA, <br>     Defendant. | Case No. 15-cv-00272-JSW <br><br> **ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** <br><br> Re: Dkt. No. 95 |

The Court has received and considered Plaintiff's administrative motion for leave to file a supplemental brief on Defendant's motion in limine number 1. The Court DENIES that motion. Plaintiff can address the issues raised in his administrative motion at the pretrial conference, when the Court hears oral argument on that motion.

**IT IS SO ORDERED.**

Dated: June 16, 2016

_____
JEFFREY S. WHITE
United States District Judge