UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY J. MAYA,<br><br>    Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER DENYING IN PART, AS MOOT, AND RESERVING IN PART RULING ON PLAINTIFF'S MOTION IN LIMINE NO. 4**<br><br>Re: Dkt. No. 63 |

At the pretrial conference in this matter, the Court advised Plaintiff that he had not filed the exhibits that were cited in his fourth motion in limine, to preclude statements by his primary care doctor and a radiologist that Plaintiff injured his neck due to a fall. (Docket No. 63.) The Court directed Plaintiff to file those exhibits by June 27, 2016. At the conclusion of the pre-trial conference, Plaintiff advised the Court that he was considering withdrawing a portion of that motion. The Court directed Plaintiff to file any notice of withdrawal by June 27, 2016.

Plaintiff has complied with each of those deadlines. In his notice of withdrawal, he states that he withdraws his motion to the extent it refers to statements made in medical records from his primary care physician, Dr. Manuel Luna. (Docket No. 114, at 2:7-8.) Accordingly, the Court DENIES AS MOOT, Plaintiff's motion as to those statements.

//
//
//
//
//
//

1  Plaintiff states that he still seeks to exclude statements in medical records from the
2  radiologist, Dr. Davis S. Marcus.  The Court RESERVES ruling on Plaintiff's motion until the
3  radiologist report is offered as an exhibit at trial or until Dr. Marcus is called as a witness.
4  **IT IS SO ORDERED.**
5  Dated: June 28, 2016

_____
JEFFREY S. WHITE
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28