United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEREMY J. MAYA,<br><br>　　　　Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR CLARIFICATION RE WITNESS TESTIMONY AND REMINDER TO PARTIES RE VERDICT FORMS**<br><br>Re: Dkt. No. 118 |

Plaintiff has filed a request in which he asks whether the Court would permit a witness' testimony "to be interrupted and later resumed for the purpose of placing another witness on the stand to accommodate timing issues and to assure no 'gaps' in a party's presentation of their case." (Docket No. 118, Plaintiff's Request at 1:24-26.)

The Court will permit a witness' testimony to be interrupted, so long as a party has complied with the timing requirements set forth in Paragraph 17 of the Court's Guidelines for Civil Jury Trials. The Court does not understand Plaintiff's request to the extent it relates to interrupting a witness to assure there are no gaps in the presentation of a party's case. The Court will address that request at the conclusion of jury selection on July 13, 2016.

Finally, at the pretrial conference, the Court ordered the parties to meet and confer and submit proposed verdict forms by June 27, 2016. If the parties do not intend to revise the verdict forms included with their pretrial filings, the parties shall file a notice to that effect by 3:00 p.m. on June 30, 2016. If the parties intend to submit revised verdict forms, they shall file those proposals by 12:00 p.m. on July 5, 2016, with an explanation as to why they failed to comply with

//

//

the deadline set at the pretrial conference.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
JEFFREY S. WHITE
United States District Judge