1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY J. MAYA,<br><br>　　　　　Defendant. | Case No.  4:15-cv-00272-JSW<br><br>**ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 10 members of the jury in the above-entitled matter beginning **Monday, July 18, 2016  at 7:10 AM,**  for the duration of the trial at the expense of the United States.  The trial will be held in Courtroom 5, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: July 7, 2016

_____
JEFFREY S. WHITE
United States District Judge