UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY J. MAYA,<br><br>    Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR ORAL ARGUMENT FOLLOWING VOIR DIRE**<br><br>Re: Dkt. No. 138 |

The Court has received Plaintiff's request for oral argument regarding Defendant's objection and proposed revision to Instruction 9.29. Although Defendant's objection was filed on July 7, 2016, that appears to have been due to the fact that the incorrect document was attached to his initial filing. The Court will accept the late filing, and it will allow Plaintiff to submit a written response, not to exceed 2 pages and a proposed competing instruction, by 10:00 a.m. on July 12, 2016. If the Court needs to hear from the parties following jury selection, it will address this with the other matters it intends to address at that time.

**IT IS SO ORDERED.**

Dated: July 8, 2016

_____
JEFFREY S. WHITE
United States District Judge