UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDIN S. CASTELLANOS,

    Plaintiff,

v.

JEREMY J. MAYA,

    Defendant.

Case No. 15-cv-00272-JSW

**ORDER GRANTING ADMINISTRATIVE MOTION AND DIRECTING PLAINTIFF TO RESPOND**

Re: Dkt. No. 140

Defendant has filed an administrative motion for leave to file a motion to exclude some of Plaintiff's witnesses. The administrative motion for leave to file the motion is granted, and the motion attached as Exhibit A is deemed filed. Plaintiff shall file a response to the motion by no later than 3:00 p.m. on July 12, 2016. There shall be no reply.

**IT IS SO ORDERED.**

Dated: July 8, 2016

_____
JEFFREY S. WHITE
United States District Judge