UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY J. MAYA,<br><br>　　　　Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO SUBMIT POCKET BRIEF**<br><br>Re: Dkt. No. 143 |

On July 11, 2016, Plaintiff filed an administrative motion to submit a pocket brief on the admissibility and relevance of officers post training, departmental policies, regulations, standards, and rules.  Plainitff's proposed pocket brief consists of six case summaries, but no analysis as to how those cases would apply to particular exhibits at issue in this case.  Accordingly, the Court DENIES Plaintiff's administrative  motion without prejudice.  If the parties cannot resolve this issue, Plaintiff should simply file a pocket brief – no administrative motions are required to file such briefs during trial – that analyzes how these cases are relevant to the admissibility of particular exhibits.  The Court will provide Defendant with an opportunity to respond to any such brief, either orally or in writing.

**IT IS SO ORDERED.**

Dated: July 11, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　United States District Judge