UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>            Plaintiff,<br><br>        v.<br><br>JEREMY J. MAYA,<br><br>            Defendant. | Case No. 15-cv-00272-JSW<br><br>**ORDER REGARDING COMMUNICATION FROM JUROR** |

The Court has received a communication from Juror #6.  A copy of that communication is attached to this Order, and has been redacted to remove the Juror's email address and phone number.  The Court HEREBY ORDERS the parties to appear at 7:30 a.m. on Monday, July 18, 2016, to address the issues raised in the communication.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_____
JEFFREY S. WHITE
United States District Judge