UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY J. MAYA,<br><br>Defendant. | Case No.  15-cv-00272-JSW<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO BRING SKELETON TO COURT**<br><br>Re: Dkt. No. 153 |

Defendant has filed an administrative motion in which he seeks permission: (1) to bring a model skeleton into the courthouse during trial; and (2) to permit one of his expert witnesses, Dr. Dave Atkin, to use that model during his testimony.

The Court grants defendant's first request, and it will reserve ruling on his second request. The Court anticipates that Plaintiff will wish to supplement the bare bones statement set forth in Defendant's motion, and it will give Plaintiff that opportunity.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_____
JEFFREY S. WHITE
United States District Judge