UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br><br>           Plaintiff,<br><br>     v.<br><br>JEREMY J. MAYA,<br><br>           Defendant. | Case No.  15-cv-00272-JSW<br><br>**ORDER DIRECTING DEFENDANT TO RESPOND TO POCKET BRIEF**<br><br>Re: Dkt. No. 158 |

Plaintiff has filed a pocket brief on the admissibility of certain documents that he seeks to introduce via the testimony of Mr. Clark and, possibly, Defendant.  Defendant shall file a response to this brief by no later than 10:00 a.m. on **Sunday, July 17, 2016.**

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
JEFFREY S. WHITE
United States District Judge