FILED
AUG 02 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDIN S. CASTELLANOS,
Plaintiff,

v.

JEREMY J. MAYA,
Defendant.

Case No. 15-cv-00272-JSW

**SPECIAL VERDICT FORM**

Please respond to the following questions by placing an "X" next to your answer. All of your answers must be unanimous.

1. Has plaintiff, Edin Castellanos, proven by a preponderance of the evidence that defendant, Jeremy Maya, used excessive force against him in violation of the Fourth Amendment?

_______ YES ___X___ NO

If you answered yes to this question, please proceed to question 2. If you answered no to this question, please skip questions 2 and 3 and proceed to question 4.

2. Has plaintiff, Edin Castellanos, proven by a preponderance of the evidence, that defendant Jeremy Maya's use of excessive force proximately caused him damages?

_______ YES _______ NO

If you answered yes to question 2, please proceed to question 3. If you answered no, you must award plaintiff nominal damages up to one dollar. Please state the amount of nominal damages you award plaintiff, and then proceed to question 4.

Nominal Damages $_______________

3. If you answered yes to question 2, please state the amount of damages you find plaintiff, Edin Castellanos, has proved by a preponderance of the evidence for any pain and suffering arising from his physical injury or injuries, and then proceed to question 4.

Damages: Pain and Suffering $______________

4. Has plaintiff, Edin Castellanos, proven that defendant, Jeremy Maya, violated his right to freedom of speech in violation of the First Amendment?

__________ YES ____X____ NO

After you answer this question, please proceed to question 5.

5. Has plaintiff, Edin Castellanos, proven by a preponderance of the evidence that defendant, Jeremy Maya, deliberately fabricated his written arrest report of the incident and the arrest report was used to criminally charge plaintiff with willfully resisting, delaying or obstructing a police officer?

__________ YES ____X____ NO

If you answered no to question 5, please proceed to question 6. If you answered yes to question 5, you must award plaintiff nominal damages up to one dollar. Please state the amount of nominal damages you award to plaintiff and then proceed to question 6.

Nominal Damages $______________

6. Please answer this question only if you answered "Yes" to questions 1, 4 or 5. If you answered no to all of those questions, please skip this question, and have the presiding juror sign and date this form.

Has plaintiff, Edin Castellanos, proven by a preponderance of the evidence that defendant, Jeremy Maya, acted with malice, oppression or reckless disregard of plaintiff's constitutional rights?

__________ YES __________ NO

United States District Court
Northern District of California

Once you have answered this question, please have the presiding juror sign and date this form.

Dated: August 2, 2016

Joanne M. Rains Blom

Presiding Juror

United States District Court
Northern District of California