UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN S. CASTELLANOS,<br>Plaintiff,<br><br>v.<br><br>JEREMY J. MAYA,<br>Defendant. | Case No. 15-cv-00272-JSW<br><br>**JUDGMENT** |

This action came before the Court for jury trial. On August 2, 2016, the jury entered its verdict. Pursuant to that verdict, IT IS ORDERED and ADJUDGED that judgment shall be entered in favor Defendant, Jeremy J. Maya, and against Plaintiff, Edin S. Castellanos.

**IT IS SO ORDERED.**

Dated: August 2, 2016

JEFFREY S. WHITE
United States District Judge